IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANUEL G. TORRES,

    Plaintiff,

v.                                                                                                       No. 2:17-CV-00765-KRS-GBW

DET. CHRISTINE MURILLO; DET. MELINDA HOBBS;
CORP. JAIMIE SERRANO, a.k.a. OFFICER SERRANO;
CHIEF OF POLICE ED REYNOLDS; CHIEF DEPUTY
DISTRICT ATTORNEY G. GEORGE ZSOKA; SILVER CITY
POLICE DEPARTMENT; and TOWN OF SILVER CITY,

    Defendants.

## ORDER SETTING TRIAL SCHEDULING CONFERENCE

**THIS MATTER** comes before the Court sua sponte, following a review of the record in the above-titled cause. The Court, being fully advised in the premises, **FINDS** and **CONCLUDES** that a telephonic conference shall be held on **November 15, 2017, at 10:00 a.m.** to determine the scheduling and location of the trial and other significant pre-trial hearings. The parties shall call the Court's "meet-me" line at **(505) 348-2694** to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                              KEVIN R. SWEAZEA
                                                              UNITED STATES MAGISTRATE JUDGE