IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANUEL TORRES,

    Plaintiff,

Case No. 2:17-cv-00765-KRS-GBW

v.

DET. CHRISTINE MURILLO;
DET. MELINDA HOBBS; CORP. JAIMIE SERRANO
a/k/a Officer Serrano, CHIEF OF POLICE ED REYNOLDS;
CHIEF DEPUTY DISTRICT ATTORNEY G. GEORGE ZSOKA;
SILVER CITY POLICE DEPARTMENT;
and TOWN OF SILVER CITY,

    Defendants.

## FINAL JUDGMENT

Having dismissed all of Plaintiff's federal claims with prejudice in separate orders and denied without prejudice any pendant state law causes of action (Docs. 71, 75, 86, & 87),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment is entered and this matter is **DISMISSED WITH PREJUDICE** as to Plaintiff's federal claims and **DISMISSED** without prejudice as to Plaintiff's state law causes.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
Presiding by consent